**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

**419STUDIOS LTD.,**

**Plaintiff,**

**-against-**

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERHSIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**

**Defendants.**

-------------------------------------------------------- x

**1:26-cv-5674-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone hearing regarding the request for a preliminary injunction in this action on **July 15, 2026 at 4 pm.** The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: July 8, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**