**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**419STUDIOS LTD.,**

**Plaintiff,**

**-against-**

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERHSIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-5674-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed as today's hearing on the issuance of a preliminary injunction, Plaintiff is ordered to submit a letter updating the Court on the status of this case by **October 7, 2026.**

**SO ORDERED.**

**Dated: August 5, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**