**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**419STUDIOS LTD.,**

**Plaintiff,**

**-against-**

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERHSIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-5674-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's status report filed October 7, 2026. *See* ECF No. 44. Plaintiff is ordered to submit another status report by **November 16, 2026**.

**SO ORDERED.**

**Dated: October 7, 2026**

**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**